
Marian F. Harrison
US Bankruptcy Judge



Dated: 3/6/2020

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BUCKS COUNTY ONCOPLASTIC ) | |
| INSTITUTE, LLC ) | Case No: 3:09-bk-03570 |
| ) | Chapter 7 |
| ) | Judge Harrison |
| Debtor. ) | |

## ORDER GRANTING MOTION TO EXTEND BAR DATE

Upon consideration of the notice and motion of Eva M. Lemeh, Trustee, requesting an extension of the bar date for filing proofs of claim through May 15, 2020; and no objections having been filed; and it appearing to the Court that the relief sought in this matter is appropriate; It is hereby

**ORDERED** that the bar date for timely filing proofs of claims in this matter is hereby extended through May 15, 2020.

**This Order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.