# **EXHIBIT F**

EFiled: Sep 13 2010 3:37PM EDT
Transaction ID 33282049
Case No. N09C-11-160 CLS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| MPT OF BUCKS COUNTY, L.P., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C. A. No. N09C-11-160 CLS<br>) |
| DSI HOLDING COMPANY, INC.,<br>DSI FACILITY DEVELOPMENT, LLC,<br>CENTRE BREGAL PARTNERS, L.P.,<br>JEROME S. TANNENBAUM, and<br>M. STEPHEN HARRISON, | )<br>) TRIAL BY JURY OF TWELVE<br>) DEMANDED<br>)<br>) |
| Defendants. | ) |

## ORDER OF JUDGMENT

Plaintiff's Motion for Partial Summary Judgment having been duly considered and the Court having heard the argument of counsel thereon, it is hereby ORDERED that:

1. Partial summary judgment is entered in favor of MPT of Bucks County, L.P., and against DSI Holding Company, Inc. and DSI Renal Holdings, LLC ("Defendants") in the amount of $3,800,000.00 plus pre-judgment interest from January 30, 2009 to August 31, 2010 at the rate of 5.5% per annum in the amount of $331,489.27, and post-judgment interest thereafter at the rate of 5.75% per annum, with costs in the amount of $322.50 assessed against Defendants.

2. The Court finds that there is no just reason for delay and, therefore, expressly directs the entry of this partial summary judgment as a final judgment under Superior Court Civil Rule 54(b).

The Honorable Calvin L. Scott

DATED: 9-13-10