# EXHIBIT I

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DSI RENAL HOLDINGS LLC, | : | Case No. 11-_____ (____) |
| | : | |
| Debtor. | : | |
| | : | |

-------------------------------------------------------x

# SCHEDULES OF ASSETS AND LIABILITIES

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtor*

*These Global Notes regarding the Debtors' Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.*

1.   DSI Renal Holdings LLC, DSI Facility Development, LLC, and DSI Hospitals, Inc. (each a "Debtor" and, collectively, the "Debtors") prepared these unaudited Schedules and SOFA pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted (a) the information provided herein is as of the close of business on June 2, 2011, and (b) values of assets provided represent values as of such date. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

2.   In reviewing and signing the Schedules and SOFAs, one the Debtors' Executive Vice Presidents (the "Vice President") has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtors. The Vice President has not (and could not have) personally verified the accuracy of each such statement and representation, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

3.   The Debtors reserve the right to amend their Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtors' rights with respect to these chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

4.   Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

5.   Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated as of June 2, 2011. In such cases, the amounts are listed as "unknown." Accordingly, the Schedules may not accurately reflect the aggregate amount of the Debtors' assets and liabilities.

6. At times, the preparation of the Schedules and the SOFA required the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, the reported amounts of expenses during the reporting period, and/or other matters. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules as they deem necessary and appropriate to reflect material changes, if any, that arise during the pendency of their chapter 7 cases. In addition, the Debtors reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

7. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8. For the purposes of Schedule B, the Schedules identify the direct ownership interests of any Debtor in any subsidiary or partnership, but exclude any indirect ownership of a subsidiary or partnership.

9. For the purposes of Schedule B, question 2, and SOFA question 11, DSI Hospitals, Inc. was, and the Debtors believe currently is, the nominal account holder of a certain bank account with SunTrust Bank, account number XXXXXXXXX1708. Historically, Bucks County Oncoplastic Institute was the beneficial interest holder in this account, however, and this account has been turned over to the custody of the chapter 7 trustee for Bucks County Oncoplastic Institute.

10. For the purposes of Schedule B, question 9, that certain policy number 004022559 identified in response to Schedule B, question 9 on the Schedules of DSI Renal Holdings LLC also provides directors' and officers' tail coverage to the directors and officers of DSI Facility Development, LLC and DSI Hospitals, Inc., but has not been separately identified on the Schedules of DSI Facility Development, LLC and DSI Hospitals, Inc.

11. For the purposes of Schedule B, question 21, the Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and SOFAs. Further, the Debtors have not listed any potential actions arising under chapter 5 of the Bankruptcy Code. The Debtors reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and SOFAs, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

12. For the purposes of Schedule D, the amount of any claims listed thereon reflect principal only, and not post-judgment interest, fees or other expenses. The amount of any claims listed on Schedule D is subject to allowance pursuant to section 506 of the Bankruptcy Code.

13. For the purpose of Schedule D, the inclusion of that certain claim of Siemens Financial Services, Inc. on the Schedules of DSI Renal Holdings LLC as a secured claim is without prejudice to the rights of the Debtors and Young Conaway Stargatt & Taylor, LLP to assert that the attachment described therein was not properly perfected and/or is otherwise an ineffective and void attachment.

14. The Debtors have not determined whether, and to what extent, any of the creditors identified on Schedule E are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtors

reserve the right to assert that claims identified on Schedule E are not claims that are entitled to priority.

15. For the purposes of the Schedules, the Debtors have only scheduled claims and executory contracts for which any given Debtor may be contractually and/or directly liable. No claims have been scheduled for which a Debtor may have benefited directly or indirectly from a contractual relationship to which that Debtor was not a named party. Notwithstanding the foregoing, however, the Debtors have scheduled claims that may be asserted against any given Debtor by trade creditors who may have received purchase orders from affiliates of that Debtor with that Debtor listed as the entity to be billed, or for some other reason. These claims are listed on Schedule F as disputed claims. Many of these claims have been scheduled as claims in the chapter 7 bankruptcy case of Bucks County Oncoplastic Institute, LLC, Case Number 3:09-bk-03570, pending in the United States Bankruptcy Court for the Middle District of Tennessee.

16. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Any lease or contract listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and/or confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors reserves all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, the Debtors reserve the right to assert that such agreements constitute executory contracts.

17. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

18. With respect to SOFA questions 1 and 2, the books and records of each Debtor reflect either no income or income with a negative value, both as to income from operations and income from sources other than operations. Items such as vendor refunds and tax refunds have not been treated as income for purposes of SOFA questions 1 and 2. Additionally, operating results of subsidiaries were reflected in the books and records of DSI Renal Holdings LLC and DSI Hospitals, Inc. as income prior to January 2010, but have not been treated as income for the purpose of SOFA questions 1 and 2.

19. With respect to SOFA question 3(b), payments to bankruptcy counsel listed in response to SOFA question 9 are omitted from the responses to this question.

20. With respect to SOFA questions 3(c) and 23, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved.

21. With respect to SOFA question 19(d), while the Debtors from time to time may have furnished financial statements to other parties, it is not the practice of the Debtors to maintain records of such transmittal.

22. The Debtors and their officers, employees, attorneys, professionals and agents do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their officers, employees, attorneys, professionals and agents expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their officers, employees, attorneys, professionals and/or agents be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

B6-Summary (Official Form 6 – Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: DSI RENAL HOLDINGS LLC
        Debtor.

Case No. 11-_____ (___)

Chapter 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 3 | $2,395.84 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $3,009,405.87 | |
| E - Creditors Holding Unsecured Priority Claims (Total claims on Schedule E) | YES | 1 | | $36,496.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $1,276,909.40 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 10 | | | |
| I - Current Income of Individual Debtors(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | | | | $ |
| TOTAL | | 34 | $2,395.84 | $4,322,811.74 | |

B6A (Official Form 6A) (12/07)

In re: **DSI RENAL HOLDINGS LLC**
　　　　　　　Debtor

Case No. 11-_____ (___)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

Form B6B (12/07)

In re: **DSI RENAL HOLDINGS LLC**                                        Case No. 11-_____ (___)
          Debtor

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SUNTRUST BANK ACCOUNT NUMBER XXXXXXXXX-0872 P.O. BOX 622227 ORLANDO, FL 32862 | | $2,395.84 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | PREPAID INSURANCE - DIRECTORS AND OFFICERS INSURANCE POLICY WITH NATIONAL UNION FIRE INSURANCE COMPANY, POLICY NUMBER 004022559 | | UNKNOWN |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Form B6B (Official Form 6B) (12/07) -- Cont.

In re: **DSI RENAL HOLDINGS LLC**
　　　　　　　　Debtor

Case No. 11-_____ (___)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **LESS THAN 1% OF EQUITY INTERESTS IN CDSI I HOLDING COMPANY, INC.** <br><br>**100% OF INTERESTS IN DSI FACILITY DEVELOPMENT, LLC** <br><br>**100% OF INTERESTS IN DSI HOSPITALS, INC.** | | UNKNOWN <br><br> UNKNOWN <br><br> UNKNOWN |
| 14.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

Form B6B (Official Form 6B) (12/07) -- Cont.

In re:  **DSI RENAL HOLDINGS LLC**                                      Case No. 11-_____ (__)
                    Debtor

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | PATIENT MEDICAL RECORDS | | UNKNOWN |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops – growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed.  Itemize. | X | | | |

0 continuation sheets attached.    Total ▶       | $2,395.84

(Include amounts from any continuation
sheets attached.  Report also on
Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**
                    **Debtor**

Case No. 11-_____ (___)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SIEMENS FINANCIAL SERVICES, INC.**<br>170 WOOD AVENUE SOUTH<br>ISELIN, NJ 08830 | | | **DEFAULT JUDGMENT ENTERED ON OCTOBER 5, 2010. WRIT OF ATTACHMENT ON RETAINER FUNDS HELD BY YOUNG CONAWAY STARGATT & TAYLOR, LLP.**<br><br>VALUE **$4,545.31** | | | | $3,009,405.87 | $3,004,860.56 |
| | | | Total ► **$4,545.31**<br>(Use only on last page) | | | | $3,009,405.87 | $3,004,860.56 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summery of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re:  **DSI RENAL HOLDINGS LLC**                                    Case No. 11-_____ (___)
                          Debtor

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with a type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 570 (a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Form B6E (Official Form 6E) (04/10)– Cont.

In re:  **DSI RENAL HOLDINGS LLC**                                            Case No. 11-_____ (___)
                    Debtor

☐     **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐     **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒     **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐     **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐     **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *\* Amounts are subject to adjustment on 4/01/2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1 continuation sheet attached

B6E (Official Form 6E) (04/10) – Cont.

In re: **DSI RENAL HOLDINGS LLC**
                    Debtor

Case No. 11-_____ (__)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**MASSACHUSETTS DEPT. OF REVENUE**<br>**P.O. BOX 7065**<br>**BOSTON, MA 02204** | X | | FRANCHISE TAXES | | | | $481.26 | | |
| Account No.<br>**OREGON STATE DEPT. OF REVENUE**<br>**P.O. BOX 14780**<br>**SALEM, OR 97309** | | | FRANCHISE TAXES | | | | $34,546.00 | | |
| Account No.<br>**STATE COMPTROLLER, STATE OF TEXAS**<br>**P.O. BOX 149359**<br>**AUSTIN, TX 78714** | X | | FRANCHISE TAXES | | | | $1,469.21 | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 1 of 1 sheet attached to Schedule of Creditors
Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $36,496.47 | $ |
| Total ▶<br>(Use only on last page of completed Schedule E. Report also on the Summary of Schedules.) | $36,496.47 | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |  $ |

B6F (Official Form 6F) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**                    Case No. 11-_____ (__)
                    **Debtor**

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.) Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **THE ST. JOHN COMPANY** <br> P.O. BOX 51263 <br> LOS ANGELES, CA 90051 | X | | | | | X | $890.89 |
| ACCOUNT NO. <br> **JOHNSON CONTROLS, INC.** <br> P.O. BOX 905240 <br> CHARLOTTE, NC 28290 | X | | | | | | $72,040.26 |
| ACCOUNT NO. <br> **UNIVERSAL HOSPITAL SERVICES** <br> SDS 12-0940 <br> P.O. BOX 86 <br> MINNEAPOLIS, MN 55486 | X | | | | | X | $34,509.35 |
| ACCOUNT NO. <br> **GRAINGER** <br> DEPT 867262743 <br> P.O. BOX 419267 <br> KANSAS CITY, MO 64141 | X | | | | | X | $26,374.80 |
| ACCOUNT NO. <br> **LORAD, A HOLOGIC COMPANY** <br> GPO P.O. BOX 26808 <br> NEW YORK, NY 10087 | X | | | | | X | $21,355.64 |
| ACCOUNT NO. <br> **MADISON INDUSTRIES** <br> 1035 IRIS DRIVE WEST <br> CONYERS, GA 30094 | X | | | | | X | $13,234.00 |

Subtotal ▶ | $168,404.94

_Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                    Case No. 11-_____ (___)
                    Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HOLOGIC, INC.<br>GPO P.O. BOX 26808<br>NEW YORK, NY 10087 | X | | | | | X | $12,243.00 |
| ACCOUNT NO.<br>HILL-ROM<br>P.O. BOX 643592<br>PITTSBURGH, PA 15264 | X | | | | | X | $10,210.24 |
| ACCOUNT NO.<br>VERIZON BUSINESS<br>P.O. BOX 371335<br>PITTSBURGH, PA 15250 | X | | | | | X | $8,595.41 |
| ACCOUNT NO.<br>CARESTREAM HEALTH INC.<br>DEPT CH 19286<br>PALATINE, IL 60055 | X | | | | | X | $4,617.52 |
| ACCOUNT NO.<br>ROBERTS OXYGEN CO.<br>P.O. BOX 5507<br>ROCKVILLE, MD 20855 | X | | | | | X | $4,194.52 |
| ACCOUNT NO.<br>MCMASTER-CARR SUP CO.<br>P.O. BOX 7690<br>CHICAGO, IL 60680 | X | | | | | X | $2,580.57 |
| ACCOUNT NO.<br>NUVO, INC.<br>5368 KUHL ROAD<br>ERIE, PA 16510 | X | | | | | X | $2,557.10 |
| | | | | | Subtotal ▶ | | $44,998.36 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                    Case No. 11-_____ (__)
                    Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INDOFF INC.<br>P.O. BOX 842808<br>KANSAS CITY, MO 64184 | X | | | | | X | $2,304.88 |
| ACCOUNT NO.<br>GE HEALTHCARE/DATEX<br>P.O. BOX 641936<br>PITTSBURGH, PA 15264 | X | | | | | X | $1,380.20 |
| ACCOUNT NO.<br>SOURCE ONE HEALTHCARE TECHNOLOGY<br>P.O. BOX 403209<br>ATLANTA, GA 30384 | X | | | | | X | $1,105.14 |
| ACCOUNT NO.<br>AFGA<br>P.O. BOX 7247-6204<br>PHILADELPHIA, PA 19170 | X | | | | | X | $1,000.12 |
| ACCOUNT NO.<br>UNISTRUT INTERNATIONAL CORP.<br>DEPT LA 21199<br>PASADENA, CA 91185 | X | | | | | X | $996.00 |
| ACCOUNT NO.<br>HENRY SCHEIN<br>DEPT CH 10241<br>PALATINE, IL 60055 | X | | | | | X | $760.32 |
| ACCOUNT NO.<br>K-FORMS MGT. GROUP<br>5744 GREEN CHAPEL ROAD<br>FRANKLIN, TN 37064 | X | | | | | X | $587.51 |

Subtotal ►   $8,134.17

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**
                    Debtor

Case No. 11-_____ (__)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>C. R. BARD, INC.<br>P.O. BOX 75767<br>CHARLOTTE, NC 28275 | X | | | | | X | $468.53 |
| ACCOUNT NO.<br>HERITAGE BUSINESS SYSTEMS, INC.<br>P.O. BOX 684<br>PENNSAUKEN, NJ 08110 | X | | | | | X | $332.63 |
| ACCOUNT NO.<br>LABORATORY CORP. OF AMERICA<br>P.O. BOX 12140<br>BURLINGTON, NC 27216 | X | | | | | X | $202.00 |
| ACCOUNT NO.<br>VERIZON CONFERENCING<br>P.O. BOX 70129<br>CHICAGO, IL 60673 | X | | | | | X | $188.33 |
| ACCOUNT NO.<br>EDLAW PHARMACEUTICALS<br>195 CENTRAL AVE #B<br>FARMINGDALE, NY 11735 | X | | | | | X | $137.75 |
| ACCOUNT NO.<br>MEDLINE INDUSTRIES<br>DEPT AT 40221<br>ATLANTA, GA 31192 | X | | | | | X | $48,806.57 |
| ACCOUNT NO.<br>STAR PLUMBING<br>846 TOWNSHIP LINE ROAD<br>ELKINS PARK, PA 19027 | X | | | | | X | $2,975.40 |

Subtotal ▶ $53,111.21

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                          Case No. 11-_____ (___)
              Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> TANGENT <br> 191 AIRPORT BOULEVARD <br> BURLINGAME, CA 94010 | X | | | | | X | $2,478.30 |
| ACCOUNT NO. <br> STANDARD TEXTILE COMPANY, INC. <br> ONE KNOLLCREST DRIVE <br> CINCINNATI, OH 45222 | X | | | | | X | $1,298.80 |
| ACCOUNT NO. <br> LASER ONE, INC. <br> 712 4TH AVENUE SOUTH <br> NASHVILLE, TN 37210 | X | | | | | X | $1,004.27 |
| ACCOUNT NO. <br> UNITED AD LABEL <br> 30 HAZELWOOD DRIVE <br> SUITE 100 <br> BUFFALO, NY 14228 | X | | | | | X | $161.50 |
| ACCOUNT NO. <br> MCKESSON <br> P.O. BOX 841838 <br> DALLAS, TX 75284 | X | | | | | X | $39,011.97 |
| ACCOUNT NO. <br> MENTOR – AESTHETICS <br> P.O. BOX 512228 <br> LOS ANGELES, CA 90051 | X | | | | | X | $149,129.16 |
| ACCOUNT NO. <br> HMS INTERIORS, INC. <br> 380 THREE TUN ROAD <br> MALVERN, PA 19355 | X | | | | | X | $76,000.00 |
| | | | | | | Subtotal ▶ | $269,084.00 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**
                Debtor

Case No. 11-_____ (__)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JAMES FLOOR COVERING, INC.<br>2725 AVENUE B<br>NEWPORTVILLE, PA 19056 | X | | | | | | $25,099.00 |
| ACCOUNT NO.<br>US SURGICAL<br>DRAWER 198032<br>ATLANTA, GA 30384 | X | | | | | X | $6,333.45 |
| ACCOUNT NO.<br>DUFFIELD AND ASSOCIATES<br>5400 LIMESTONE ROAD<br>WILMINGTON, DE 19808 | X | | | | | X | $2,559.00 |
| ACCOUNT NO.<br>JOHNSON & JOHNSON<br>ETHICON<br>425 HOES LANE<br>PISCATAWAY, NJ 08855 | X | | | | | X | $183,953.11 |
| ACCOUNT NO.<br>NELCO USA<br>800 WEST CUMMINGS PARK<br>WOBURN, MA 01801 | X | | | | | X | $75,230.94 |
| ACCOUNT NO.<br>CARDINAL HEALTH<br>500 NICKERSON ROAD<br>MARLBOROUGH, MA 01752 | X | | | | | X | $61,891.20 |
| ACCOUNT NO.<br>LIFE CELL<br>DEPT CH 17085<br>PALATINE, IL 60055 | X | | | | | X | $31,368.00 |

Subtotal ▶  $386,434.70

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                  Case No. 11-_____ (___)
                    Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SHAEFFER ELECTRIC, INC.<br>169 BORO LINE ROAD<br>KING OF PRUSSIA, PA 19406 | X | | | | | X | $30731.50 |
| ACCOUNT NO.<br>VENTANA<br>1910 INNOVATION PARK DRIVE<br>TUCSON, AZ 85775 | X | | | | | X | $28,214.14 |
| ACCOUNT NO.<br>JOHNSON & JOHNSON HEALTHCARE<br>425 HOES LANE<br>PISCATAWAY, NJ 08855 | X | | | | | X | $28,060.09 |
| ACCOUNT NO.<br>VERIDEX, LLC<br>P.O. BOX 406663<br>ATLANTA, GA 30384 | X | | | | | X | $25,190.81 |
| ACCOUNT NO.<br>GILLESPIE ELECTRIC INC.<br>1657 STATE STREET<br>EAST GREENVILLE, PA 18041 | X | | | | | X | $19,519.83 |
| ACCOUNT NO.<br>CR BARD INC.<br>P.O. BOX 75767<br>CHARLOTTE, NC 28275 | X | | | | | X | $16,211.33 |
| ACCOUNT NO.<br>FISHER SCIENTIFIC COMPANY LLC<br>P.O. BOX 404705<br>ATLANTA, GA 30384 | X | | | | | X | $11,797.52 |
| | | | | | Subtotal ▶ | | $159,725.22 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC
              Debtor

Case No. 11-_____ (__)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CIVCO MEDICAL SOLUTIONS<br>102 FIRST STREET SOUTH<br>KALONA, IA 52247 | X | | | | | X | $10,130.27 |
| ACCOUNT NO.<br>SEAMLESS FLOORING SYSTEMS<br>P.O. BOX 222<br>HADDON HEIGHTS, NJ 08035 | X | | | | | X | $9,042.00 |
| ACCOUNT NO.<br>LEICA MICROSYSTEMS<br>2345 WAUKEGAN ROAD<br>BANNOCKBURN, IL 60015 | X | | | | | X | $7,866.81 |
| ACCOUNT NO.<br>OFFICE MAX<br>P.O. BOX 101705<br>ATLANTA, GA 30392 | X | | | | | X | $7,752.13 |
| ACCOUNT NO.<br>AMERISOURCEBERGEN<br>100 FRIARS BOULEVARD<br>THOROFARE, NJ 08086 | X | | | | | X | $7,674.26 |
| ACCOUNT NO.<br>VICKERS HEATING & AIR<br>1816 OLD COVINGTON HWY<br>CONYERS, GA 30012 | X | | | | | X | $7,630.00 |
| ACCOUNT NO.<br>IBA MOLECULAR NORTH AMERICA<br>ATTN:  ACCOUNTS RECEIVABLE<br>P.O. BOX 95000-2515<br>PHILADELPHIA, PA 19195 | X | | | | | X | $7,275.00 |

Subtotal ▶  $57,370.47

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re: **DSI RENAL HOLDINGS LLC**
                    Debtor

Case No. 11-_____ (___)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **COOK MEDICAL INCORPORATED 22988 NETWORK PLACE CHICAGO, IL 60673** | X | | | | | X | $7,255.61 |
| ACCOUNT NO. <br> **BOSTON SCIENTIFIC CORPORATION ONE BOSTON SCIENTIFIC PLACE NATICK, MA 01760** | X | | | | | X | $6,421.57 |
| ACCOUNT NO. <br> **ABBOTT DIAGNOSTICS 100 ABBOTT PARK ROAD ABBOTT PARK, IL 60064** | X | | | | | X | $6,097.98 |
| ACCOUNT NO. <br> **PAZULSKI CARPET & TILE CO 440 SYCAMORE MILLS RD MEDIA, PA 19063** | X | | | | | X | $5,674.00 |
| ACCOUNT NO. <br> **OLYMPUS SURGICAL AMERICA ONE CORPORATE DRIVE ORANGEBURG, NY 10962** | X | | | | | X | $4,625.69 |
| ACCOUNT NO. <br> **ARROW PAPER LLC P.O. BOX 533294 ATLANTA, GA 30353** | X | | | | | X | $4,488.44 |
| ACCOUNT NO. <br> **GLOBAL CHEMICAL DIAGNOSTICS 3921 SOUTHWEST 47TH AVE SUITE 1013 DAVIE, FL 33314** | X | | | | | X | $4,262.74 |

Subtotal ▶  | $38,826.03

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re: **DSI RENAL HOLDINGS LLC**
　　　　　　　Debtor

Case No. 11-_____ (___)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INTEGRA/LXU MEDICAL<br>P.O. BOX 404129<br>ATLANTA, GA 30384 | X | | | | | X | $4,235.22 |
| ACCOUNT NO.<br>CLAD SHEET METAL L.L.C.<br>2850 FRANKFORD AVENUE<br>PHILADELPHIA, PA 19134 | X | | | | | X | $4,200.00 |
| ACCOUNT NO.<br>BURLINGTON MEDICAL SUPPLIES<br>P.O. BOX 3194<br>NEWPORT NEWS, VA 23603 | X | | | | | X | $3,966.33 |
| ACCOUNT NO.<br>GAYMAR INDUSTRIES<br>10 CENTER DRIVE<br>ORCHARD PARK, NY 14127 | X | | | | | X | $3,950.00 |
| ACCOUNT NO.<br>MEDICAL SUPPORT PRODUCTS INC.<br>3125 NOLT RD<br>LANCASTER, PA 17601 | X | | | | | X | $3,600.00 |
| ACCOUNT NO.<br>SURGIPATH<br>P.O. BOX 528<br>RICHMOND, IL 60071 | X | | | | | X | $3,351.89 |
| ACCOUNT NO.<br>MED-LIFT & MOBILITY INC.<br>P.O. BOX 1249<br>CALHOUN CITY, MS 38916 | X | | | | | X | $2,546.85 |

Subtotal ▶ $25,850.29

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC
                Debtor

Case No. 11-_____ (___)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ATOMIC ENERGY INDUSTRIAL LAB 9261 KIRBY DRIVE HOUSTON, TX 77054 | X | | | | | X | $2,184.21 |
| ACCOUNT NO.<br>CRAWFORD CAULKING CO 1927 STOUT DRIVE WARMINSTER, PA 18974 | X | | | | | X | $2,100.00 |
| ACCOUNT NO.<br>ORTHO-CLINICAL DIAGNOSTICS LOCK BOX 12 5972 COLLECTIONS CENTER DR CHICAGO, IL 60693 | X | | | | | X | $1,912.00 |
| ACCOUNT NO.<br>EMEDCO P.O. BOX 369 BUFFALO, NY 14240 | X | | | | | X | $1,598.67 |
| ACCOUNT NO.<br>INDUSTRIAL DIESEL POWER INC. 933-935 WASHINGTON AVE BENSALEM, PA 19021 | X | | | | | X | $1,415.00 |
| ACCOUNT NO.<br>KMI KOLSTER METHODS, INC. 3185 PALLISADES DR CORONA, CA 92882 | X | | | | | X | $1,378.85 |
| ACCOUNT NO.<br>UNIVERSAL MEDICAL INC. 14 PERRY DR, UNIT A FOXBORO, MA 02035 | X | | | | | X | $1,030.24 |

Subtotal ▶ $11,618.97

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**                                    Case No. 11-_____ (___)
　　　　　　　　Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ARIZANT HEALTHCARE**<br>P.O. BOX 1450-NW#8493<br>MINNEAPOLIS, MN 55485 | X | | | | | X | $758.43 |
| ACCOUNT NO.<br>**AMERICAN PROFICIENCY**<br>1159 BUSINESS PARK DRIVE<br>TRAVERSE CITY, MI 49686 | X | | | | | X | $711.66 |
| ACCOUNT NO.<br>**S & H INTERIOR SCAPES, INC.**<br>300 SCHELL LANE<br>SUITE 304<br>PHOENIXVILLE, PA 19460 | X | | | | | X | $578.76 |
| ACCOUNT NO.<br>**AMSAM**<br>P.O. BOX 188<br>WINSLOW, NJ 08095 | X | | | | | X | $428.32 |
| ACCOUNT NO.<br>**AIRFLOW DIRECTION INC.**<br>19 JEFFERSON AVE<br>SAUGUS, MA 01906 | X | | | | | X | $394.35 |
| ACCOUNT NO.<br>**MICRO FORMAT, INC.**<br>830-3 SETON CT<br>WHEELING, IL 60090 | X | | | | | X | $384.00 |
| ACCOUNT NO.<br>**SSE TECHNOLOGIES**<br>791 MEACHAM AVE<br>FLORAL PARK, NY 11003 | X | | | | | X | $332.00 |
| | | | | | | Subtotal ▶ | $3,587.52 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC                              Case No. 11-_____ (__)
                        Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CARL ZEISS MICROIMAGING 1 ZEISS DR THORNWOOD, NY 10594 | X | | | | | X | $116.60 |
| ACCOUNT NO.<br>THE ERWYN GROUP 200 CAMPUS DRIVE SUITE C MORGANVILLE, NJ 07751 | X | | | | | X | $81.43 |
| ACCOUNT NO.<br>SIEMENS BUILDING TECHNOLOGIES 2000 CRAWFORD PLACE SUITE 300 MOUNT LAUREL, NJ 08054 | X | | | | | X | $8,501.11 |
| ACCOUNT NO.<br>I FLOW CORPORATION 20202 WINDROW DRIVE LAKE FOREST, CA 92630 | X | | | | | X | $6,037.76 |
| ACCOUNT NO.<br>SPACELABS HEALTHCARE P.O. BOX 7018 ISSAQUAH, WA 98027 | X | | | | | X | $2,161.68 |
| ACCOUNT NO.<br>CUSTOM MEDICAL SPECIALTIES 306 EAST BROWN STREET PINE LEVEL, NC 27568 | X | | | | | X | $2,058.11 |
| ACCOUNT NO.<br>MEDTRONIC XOMED 6743 SOUTHPOINT DR NORTH JACKSONVILLE, FL 32216 | X | | | | | X | $1,317.00 |
| | | | | | Subtotal ► | | $20,273.69 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re: **DSI RENAL HOLDINGS LLC**
          Debtor

Case No. 11-_____ (___)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IDENTICARD SYSTEMS, INC.<br>39597 TREASURY CENTER<br>CHICAGO, IL 60694 | X | | | | | X | $1,253.05 |
| ACCOUNT NO.<br>THERMO FISHER SCIENTIFIC<br>98194 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | X | | | | | X | $117.16 |
| ACCOUNT NO.<br>ALLERGAN<br>12975 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | X | | | | | X | $8,101.50 |
| ACCOUNT NO.<br>GROVE SUPPLY<br>7900 ROCKWELL AVE.<br>PHILADELPHIA, PA 19111 | X | | | | | X | $2,437.53 |
| ACCOUNT NO.<br>MANNINGTON COMMERCIAL<br>1844 US HIGHWAY 41 SE (30701)<br>CALHOUN, GA 30703 | X | | | | | X | $2,123.10 |
| ACCOUNT NO.<br>ECOLAB – HEALTHCARE<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 | X | | | | | X | $1,827.72 |
| ACCOUNT NO.<br>LM SERVICE CO INC.<br>6710 WESTFIELD AVE<br>CAMDEN, NJ 08110 | X | | | | | X | $1,814.88 |
| | | | | | Subtotal ▶ | | $17,674.94 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                      Case No. 11-_____ (___)
                    Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DOLBEY-JAMISON INCORPORATED<br>213 JONES ROAD<br>POTTSTOWN, PA 19464 | X | | | | | X | $1,810.00 |
| ACCOUNT NO.<br>ELLMAN INTERNATIONAL INC.<br>3333 ROYAL AVENUE<br>ROCKVILLE CENTRE, NY 11572 | X | | | | | X | $1,783.20 |
| ACCOUNT NO.<br>ALIMED, INC.<br>297 HIGH STREET<br>DEDHAM, MA 02026 | X | | | | | X | $1,681.74 |
| ACCOUNT NO.<br>INTEGRA<br>4607 SOUTH 35TH ST<br>SUITE 6<br>PHOENIX, AZ 85040 | X | | | | | X | $1,235.64 |
| ACCOUNT NO.<br>INTEGRATED MEDICAL SYSTEMS<br>P.O. BOX 2153<br>BIRMINGHAM, AL 35287 | X | | | | | X | $1,009.35 |
| ACCOUNT NO.<br>BEEKLEY CORPORATION<br>150 DOLPHIN ROAD<br>BRISTOL, CT 06010 | X | | | | | X | $890.40 |
| ACCOUNT NO.<br>COLLEGE OF AMER. PATHOLOGISTS<br>P.O. BOX 71698<br>CHICAGO, IL 60697 | X | | | | | X | $808.74 |
| | | | | | Subtotal ▶ | | $9,219.07 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                    Case No. 11-_____ (___)
                    Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ENV SERVICES, INC.<br>2880 BERGEY ROAD<br>HATFIELD, PA 19440 | X | | | | | X | $364.20 |
| ACCOUNT NO.<br>BRADLEY PRODUCTS<br>P.O. BOX 201405<br>MINNEAPOLIS, MN 55420 | X | | | | | X | $255.44 |
| ACCOUNT NO.<br>GYRUS ACMI<br>6655 WEDGEWOOD ROAD<br>MAPLE GROVE, MN 55311 | X | | | | | X | $222.60 |
| ACCOUNT NO.<br>ATRIUM MEDICAL CORP.<br>5 WENTWORTH DRIVE<br>HUDSON, NH 03051 | X | | | | | X | $162.00 |
| | | | | | | Subtotal ▶ | $1,004.24 |

Continuation sheets attached

B6F (Official Form 6F) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**                                    Case No. 11-_____ (__)
                    **Debtor**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TRI-ANIM HEALTH SERVICES, INC.<br>13170 TELFAIR AVE<br>SAN FERNANDO, CA 91342 | X | | | | | X | $315.75 |
| ACCOUNT NO.<br>ARAMARK UNIFORM SERVICES<br>P.O. BOX 828441<br>PHILADELPHIA, PA 19182 | X | | | | | X | $217.90 |
| ACCOUNT NO.<br>COLE-PARMER INSTRUMENT CO<br>13927 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | X | | | | | X | $191.56 |
| ACCOUNT NO.<br>ML MARKET LAB<br>6850 SOUTHBELT DRIVE<br>CALEDONIA, MI 49316 | X | | | | | X | $166.11 |
| ACCOUNT NO.<br>ICL CALIBRATION LABORATORIES<br>1501 DECKER AVE<br>SUITE 118<br>STUART, FL 34994 | X | | | | | X | $162.26 |
| ACCOUNT NO.<br>HARWELL HOWARD HYNE GABBERT & MANNER, P.C.<br>315 DEADERICK STREET<br>SUITE 1800<br>NASHVILLE, TN 37238 | | | | | | | $538.00 |

Subtotal ▶  $1,591.58

Total ▶
(Use only on last page of the completed Schedule F.)    $1,276,909.40
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**                                    Case No. 11-_____ (__)
                **Debtor**

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **DSI RENAL, INC.**<br>**424 CHURCH STREET, SUITE 1900**<br>**NASHVILLE, TN 37219** | MANAGEMENT SERVICES AGREEMENT |

B6H (Official Form 6H) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**
          Debtor

Case No. 11-_____ (___)

# SCHEDULE H – CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DSI FACILITY DEVELOPMENT, LLC** | **STATE COMPTROLLER, STATE OF TEXAS**<br>P.O. BOX 149359<br>AUSTIN, TX 78714 |
| **DSI HOSPITALS, INC.** | **MASSACHUSETTS DEPT. OF REVENUE**<br>P.O. BOX 7065<br>BOSTON, MA 02204 |
| **BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC** | **THE ST. JOHN COMPANY**<br>P.O. BOX 51263<br>LOS ANGELES, CA 90051 |
| **BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC** | **JOHNSON CONTROLS, INC.**<br>P.O. BOX 905420<br>CHARLOTTE, NC 28290 |
| **BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC** | **UNIVERSAL HOSPITAL SERVICES**<br>SDS 12-0940<br>P.O. BOX 86<br>MINNEAPOLIS, MN 55486 |
| **BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC** | **GRAINGER**<br>DEPT 867262743<br>P.O. BOX 419267<br>KANSAS CITY, MO 64141 |
| **BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC** | **LORAD, A HOLOGIC COMPANY**<br>GPO P.O. BOX 26808<br>NEW YORK, NY 10087 |
| **BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC** | **MADISON INDUSTRIES**<br>1035 IRIS DRIVE WEST<br>CONYERS, GA 30094 |
| **BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC** | **HOLOGIC, INC.** |

B6H (Official Form 6H) (12/07)

In re: **DSI RENAL HOLDINGS LLC**
        Debtor

Case No. 11-_____ (___)

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | GPO P.O. BOX 26808<br>NEW YORK, NY 10087 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | HILL-ROM<br>P.O. BOX 643592<br>PITTSBURGH, PA 15264 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | VERIZON BUSINESS<br>P.O. BOX 371335<br>PITTSBURGH, PA 15250 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | CARESTREAM HEALTH INC.<br>DEPT CH 19286<br>PALATINE, IL 60055 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ROBERTS OXYGEN CO.<br>P.O. BOX 5507<br>ROCKVILLE, MD 20855 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MCMASTER-CARR SUP CO.<br>P.O. BOX 7690<br>CHICAGO, IL 60680 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | NUVO, INC.<br>5368 KUHL ROAD<br>ERIE, PA 16510 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | INDOFF INC.<br>P.O. BOX 842808<br>KANSAS CITY, MO 64184 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | GE HEALTHCARE/DATEX<br>P.O. BOX 641936<br>PITTSBURGH, PA 15264 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | SOURCE ONE HEALTHCARE TECHNOLOGY<br>P.O. BOX 403209<br>ATLANTA, GA 30384 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | AFGA<br>P.O. BOX 7247-6204<br>PHILADELPHIA, PA 19170 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | UNISTRUT INTERNATIONAL CORP.<br>DEPT LA 2119<br>PASADENA, CA 91185 |

B6H (Official Form 6H) (12/07)

In re: **DSI RENAL HOLDINGS LLC**                                        Case No. 11-_____ (___)
             Debtor

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | HENRY SCHEIN<br>DEPT CH 10241<br>PALATINE, IL 60055 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | K-FORMS MGT. GROUP<br>5744 GREEN CHAPEL ROAD<br>FRANKLIN, TN 37064 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | C. R. BARD, INC.<br>P.O. BOX 75767<br>CHARLOTTE, NC 28275 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | HERITAGE BUSINESS SYSTEMS, INC.<br>P.O. BOX 684<br>PENNSAUKEN, NJ 08110 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | LABORATORY CORP. OF AMERICA<br>P.O. BOX 12140<br>BURLINGTON, NC 27216 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | VERIZON CONFERENCING<br>P.O. BOX 70129<br>CHICAGO, IL 60673 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | EDLAW PHARMACEUTICALS<br>195 CENTRAL AVE #B<br>FARMINGDALE, NY 11735 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MEDLINE INDUSTRIES<br>DEPT AT 40221<br>ATLANTA, GA 31192 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | STAR PLUMBING<br>846 TOWNSHIP LINE ROAD<br>ELKINS PARK, PA 19027 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | TANGENT<br>191 AIRPORT BOULEVARD<br>BURLINGAME, CA 94010 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | STANDARD TEXTILE COMPANY, INC.<br>ONE KNOLLCREST DRIVE<br>CINCINNATI, OH 45222 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | LASER ONE, INC.<br>712 4TH AVENUE SOUTH<br>NASHVILLE, TN 37210 |

B6H (Official Form 6H) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                          Case No. 11-_____ (___)
                    Debtor

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | UNITED AD LABEL<br>30 HAZELWOOOD DRIVE<br>SUITE 100<br>BUFFALO, NY 14228 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MCKESSON<br>P.O. BOX 841838<br>DALLAS, TX 75284 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC<br>DSI FACILITY DEVELOPMENT, LLC | MENTOR – AESTHETICS<br>P.O. BOX 512228<br>LOS ANGELES, CA 90051 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | HMS INTERIORS, INC.<br>380 THREE TUN ROAD<br>MALVERN, PA 19355 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC<br>DSI FACILITY DEVELOPMENT, LLC | JAMES FLOOR COVERING, INC.<br>2725 AVENUE B<br>NEWPORTVILLE, PA 19056 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC<br>DSI FACILITY DEVELOPMENT, LLC | US SURGICAL<br>DRAWER 198032<br>ATLANTA, GA 30384 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | DUFFIELD AND ASSOCIATES<br>5400 LIMESTONE ROAD<br>WILMINGTON, DE 19808 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | JOHNSON & JOHNSON ETHICON<br>425 HOES LANE<br>PISCATAWAY, NJ 08855 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | NELCO USA<br>800 WEST CUMMINGS PARK<br>WOBURN, MA 01801 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | CARDINAL HEALTH<br>500 NICKERSON ROAD<br>MARLBOROUGH, MA 01752 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | LIFE CELL<br>DEPT CH 17085<br>PALATINE, IL 60055 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | SHAEFFER ELECTRIC, INC. |

B6H (Official Form 6H) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                          Case No. 11-_____ (___)
                Debtor

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 169 BORO LINE ROAD<br>KING OF PRUSSIA, PA 19406 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | VENTANA<br>1910 INNOVATION PARK DRIVE<br>TUCSON, AZ 85775 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | VERIDEX, LLC<br>P.O. BOX 406663<br>ATLANTA, GA 30384 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | GILLESPIE ELECTRIC INC.<br>1657 STATE STREET<br>EAST GREENVILLE, PA 18041 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | FISHER SCIENTIFIC COMPANY LLC<br>P.O. BOX 404705<br>ATLANTA, GA 30384 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | CIVCO MEDICAL SOLUTIONS<br>102 FIRST STREET SOUTH<br>KALONA, IA 52247 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | SEAMLESS FLOORING SYSTEMS<br>P.O. BOX 222<br>HADDON HEIGHTS, NJ 08035 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | LEICA MICROSYSTEMS<br>2345 WAUKEGAN ROAD<br>BANNOCKBURN, IL 60015 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | OFFICE MAX<br>P.O. BOX 101705<br>ATLANTA, GA 30392 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | AMERISOURCEBERGEN<br>100 FRIARS BOULEVARD<br>THOROFARE, NJ 08086 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | VICKERS HEATING & AIR<br>1816 OLD COVINGTON HWY<br>CONYERS, GA 30012 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | IBA MOLECULAR NORTH AMERICA<br>ATTN:  ACCOUNTS RECEIVABLE<br>P.O. BOX 95000-2515<br>PHILADELPHIA, PA 19195 |

B6H (Official Form 6H) (12/07)

In re:  **DSI RENAL HOLDINGS LLC**
          Debtor

Case No. 11-_____ (___)

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | COOK MEDICAL INCORPORATED<br>22988 NETWORK PLACE<br>CHICAGO, IL 60673 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | BOSTON SCIENTIFIC CORPORATION<br>ONE BOSTON SCIENTIFIC PLACE<br>NATICK, MA 01760 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ABBOTT DIAGNOSTICS<br>100 ABBOTT PARK ROAD<br>ABBOTT PARK, IL 60064 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | PAZULSKI CARPET & TILE CO<br>440 SYCAMORE MILLS RD<br>MEDIA, PA 19063 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | OLYMPUS SURGICAL AMERICA<br>ONE CORPORATE DRIVE<br>ORANGEBURG, NY 10962 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ARROW PAPER LLC<br>P.O. BOX 533294<br>ATLANTA, GA 30353 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | GLOBAL CHEMICAL DIAGNOSTICS<br>3921 SOUTHWEST 47TH AVE<br>SUITE 1013<br>DAVIE, FL 33314 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | INTEGRA/LXU MEDICAL<br>P.O. BOX 404129<br>ATLANTA, GA 30384 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | CLAD SHEET METAL L.L.C.<br>2850 FRANKFORD AVENUE<br>PHILADELPHIA, PA 19134 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | BURLINGTON MEDICAL SUPPLIES<br>P.O. BOX<br>NEWPORT NEWS, VA 23603 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | GAYMAR INDUSTRIES<br>10 CENTER DRIVE<br>ORCHARD PARK, NY 14127 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MEDICAL SUPPORT PRODUCTS INC.<br>3125 NOLT RD<br>LANCASTER, PA 17601 |

B6H (Official Form 6H) (12/07)

In re: **DSI RENAL HOLDINGS LLC**
                   Debtor

Case No. 11-_____ (___)

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | SURGIPATH<br>P.O. BOX 528<br>RICHMOND, IL 60071 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MED-LIFT & MOBILITY INC.<br>P.O. BOX 1249<br>CALHOUN CITY , MS 38916 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ATOMIC ENERGY INDUSTRIAL LAB<br>9261 KIRBY DRIVE<br>HOUSTON, TX 77054 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | CRAWFORD CAULKING CO<br>1927 STOUT DRIVE<br>WARMINSTER, PA 18974 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ORTHO-CLINICAL DIAGNOSTICS<br>LOCK BOX 12<br>5972 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | EMEDCO<br>P.O. BOX 369<br>BUFFALO, NY 14240 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | INDUSTRIAL DIESEL POWER INC.<br>933-935 WASHINGTON AVE<br>BENSALEM, PA 19021 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | KMI KOLSTER METHODS, INC.<br>3185 PALLISADES DR<br>CORONA, CA 92882 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | UNIVERSAL MEDICAL INC.<br>14 PERRY DR, UNIT A<br>FOXBORO, MA 02035 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ARIZANT HEALTHCARE<br>P.O. BOX 1450-NW#8493<br>MINNEAPOLIS, MN 55485 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | AMERICAN PROFICIENCY<br>1159 BUSINESS PARK DRIVE<br>TRAVERSE CITY, MI 49686 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | S & H INTERIOR SCAPES, INC. |

B6H (Official Form 6H) (12/07)

In re:  DSI RENAL HOLDINGS LLC                                    Case No. 11-_____ (__)
                    Debtor


# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 300 SCHELL LANE<br>SUITE 304<br>PHOENIXVILLE, PA 19460 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | AMSAM<br>P.O. BOX 188<br>WINSLOW, NJ 08095 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | AIRFLOW DIRECTION INC.<br>19 JEFFERSON AVE<br>SAUGUS, MA 01906 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MICRO FORMAT, INC.<br>830-3 SETON CT<br>WHEELING, IL 60090 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | SSE TECHNOLOGIES<br>791 MEACHAM AVE<br>FLORAL PARK, NY 11003 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | CARL ZEISS MICROIMAGING<br>1 ZEISS DRIVE<br>THORNWOOD NY 10594 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | THE ERWYN GROUP<br>200 CAMPUS DRIVE<br>SUITE C<br>MORGANVILLE, NJ 07751 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | SIEMENS BUILDING TECHNOLOGIES<br>2000 CRAWFORD PLACE<br>SUITE 300<br>MOUNT LAUREL, NJ 08054 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC<br>DSI HOSPITALS, INC. | I FLOW CORPORATION<br>20202 WINDROW DRIVE<br>LAKE FOREST, CA 92630 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC<br>DSI HOSPITALS, INC. | SPACELABS HEALTHCARE<br>P.O. BOX 7018<br>ISSAQUAH, WA 98027 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC<br>DSI HOSPITALS, INC. | CUSTOM MEDICAL SPECIALTIES<br>306 EAST BROWN STREET<br>PINE LEVEL, NC 27568 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MEDTRONIC XOMED |

B6H (Official Form 6H) (12/07)

In re: **DSI RENAL HOLDINGS LLC**
           Debtor

Case No. 11-_____ (___)

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| DSI HOSPITALS, INC. | 6743 SOUTHPOINT DR NORTH<br>JACKSONVILLE, FL 32216 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC<br>DSI HOSPITALS, INC. | IDENTICARD SYSTEMS, INC.<br>39597 TREASURY CENTER<br>CHICAGO, IL 60694 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | THERMO FISHER SCIENTIFIC<br>98194 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ALLERGAN<br>12975 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | GROVE SUPPLY 7900<br>ROCKWELL AVE.<br>PHILADELPHIA, PA 19111 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | MANNINGTON COMMERCIAL<br>1844 US HIGHWAY 41 SE (30701)<br>CALHOUN, GA 30703 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ECOLAB – HEALTHCARE<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | LM SERVICE CO INC.<br>6710 WESTFIELD AVE<br>CAMDEN, NJ 08110 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | DOLBEY-JAMISON INCORPORATED<br>213 JONES ROAD<br>POTTSTOWN, PA 19464 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ELLMAN INTERNATIONAL INC.<br>3333 ROYAL AVENUE<br>ROCKVILLE CENTRE, NY 11572 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ALIMED, INC.<br>297 HIGH STREET<br>DEDHAM, MA 02026 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | INTEGRA<br>4607 SOUTH 35TH ST<br>SUITE 6<br>PHOENIX, AZ 85040 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | INTEGRATED MEDICAL SYSTEMS |

B6H (Official Form 6H) (12/07)

In re: DSI RENAL HOLDINGS LLC
         Debtor

Case No. 11-_____ (___)

## SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | P.O. BOX 2153<br>BIRMINGHAM, AL 35287 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | BEEKLEY CORPORATION<br>150 DOLPHIN ROAD<br>BRISTOL, CT 06010 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | COLLEGE OF AMER. PATHOLOGISTS<br>P.O. BOX 71698<br>CHICAGO, IL 60697 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ENV SERVICES, INC.<br>2880 BERGEY ROAD<br>HATFIELD, PA 19440 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | BRADLEY PRODUCTS<br>P.O. BOX 20145<br>MINNEAPOLIS, MN 55420 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | GYRUS ACMI<br>6655 WEDGEWOOD ROAD<br>MAPLE GROVE, MN 55311 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ATRIUM MEDICAL CORP.<br>5 WENTWORTH DRIVE<br>HUDSON, NH 03051 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | TRI-ANIM HEALTH SERVICES, INC.<br>13170 TELFAIR AVE<br>SAN FERNANDO, CA 91342 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ARAMARK UNIFORM SERVICES<br>P.O. BOX 828441<br>PHILADELPHIA, PA 19182 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | COLE-PARMER INSTRUMENT CO<br>13927 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ML MARKET LAB<br>6850 SOUTHBELT DRIVE<br>CALEDONIA, MI 49316 |
| BUCKS COUNTY ONCOPLASTIC INSTITUTE, LLC | ICL CALIBRATION LABORATORIES<br>1501 DECKER AVE<br>SUITE 118<br>STUART, FL 34994 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------x
In re:                                     :    Chapter 7
                                           :
DSI RENAL HOLDINGS LLC,                    :    Case No. 11-_____ (___)
                                           :
                Debtor.                    :
                                           :
------------------------------------------x
```

## DECLARATION CONCERNING DEBTOR'S
## SCHEDULES OF ASSETS AND LIABILITIES

I, Jay A. Yalowitz, the Executive Vice President and Secretary of the debtor in the

above-captioned case, declare under penalty of perjury that I have read the foregoing Schedules

of Assets and Liabilities, and that they are true and accurate to the best of my knowledge,

information and belief.

Date:   June 3, 2011
        Nashville, Tennessee

_____
Jay A. Yalowitz
Executive Vice President and Secretary