# **EXHIBIT J**

**From:** Phillip Young <phillip@thompsonburton.com>
**Sent:** Fri, 16 Jul 2021 21:50:57 +0000
**To:** Hahn, W.Patton
**CC:** Hullett, Rita
**Subject:** Re: Bucks County / DSI - Communication protected by Rule 408

Patton & Rita:

Thank you for providing this proposed amended claim and the backup documentation. I also appreciate the time Patton spent on the phone with me earlier today clarifying a couple of questions we had about the claim.

The Trustee and I have now had an opportunity to review the claim, your calculations, and the documents that form the basis for your claims. After discussion, the Trustee and I agree that your amended claim appears valid and that your documentation supports the claimed amount. For that reason, the Trustee does not intend to object to your amended claim in the amount proposed in this attachment.

We anticipate filing a joint stipulation with the Delaware trustee early next week. Once that stipulation has been filed, along with a motion to approve that stipulation, we would ask you to file this amended claim in the Tennessee case and to withdraw the claims in the Delaware case. This will clear the path for a speedy and efficient resolution of the Trustee's claims in Delaware and a quick distribution to creditors of the Bucks County case.

Please call me next week with any questions.

**Thompson Burton PLLC**

*Redefining the Art of Law.*

---

**Phillip Young**

One Franklin Park

6100 Tower Circle, Suite 200

Franklin, TN 37067

Direct Dial: (615) 465-6008

phillip@thompsonburton.com

www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

On Jul 14, 2021, at 3:22 PM, Hahn, W.Patton <phahn@bakerdonelson.com> wrote:

Thanks.  We will review and get back to you promptly.

On another note, in an effort to resolve disputes related to MPT's Tennessee proof of claim, attached please find (1) a proposed amended proof of claim; (2) a proposed annex to that proof of claim; and (3) the exhibits to the annex/proof of claim.  The breakdown of the amount is on the page 3 of the word document; we have schedules documenting how each of those amounts was calculated and can discuss sharing those with you as well if you or Ms. Lemeh have any questions.

These documents are sent to you in an effort to resolve disputes related to MPT's Tennessee proof of claim and we would ask that you and Ms. Lemeh keep them confidential.

After you and Ms. Lemeh have reviewed, let me know if you have any questions, need additional information, wish to discuss, or otherwise how you would like to proceed.

Patton

**W. Patton Hahn**

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
direct - 205.250.8366

mobile - 205.470.3736

email: phahn@bakerdonelson.com

**From:** Phillip Young <phillip@thompsonburton.com>
**Sent:** Wednesday, July 14, 2021 12:12 PM
**To:** Hahn, W.Patton <phahn@bakerdonelson.com>
**Subject:** Bucks County / DSI

Patton,

Per our earlier discussion, attached is a draft of a stipulation between the TN Trustee and the DE Trustee concerning allowance and payment of the TN Trustee's claim. Please let me know if you see any issues. I think the plan is to file this by Friday.

**Thompson Burton PLLC**

*Redefining the Art of Law.*

---

**Phillip Young**

One Franklin Park

6100 Tower Circle, Suite 200

Franklin, TN 37067

Direct Dial: (615) 465-6008

phillip@thompsonburton.com

www.thompsonburton.com

*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much. <4830-3502-8976 v.1 Tennessee Claim - 53-3.pdf><ANNEX TO PROOF OF CLAIM 4823-1859-1472 v.3.docx><4850-7312-6129 v.1 Annex Exhibits A-E.pdf>