# EXHIBIT K

# John Baxter

| | |
|---|---|
| **From:** | Houston IV, David W. <dhouston@burr.com> |
| **Sent:** | Monday, November 1, 2021 1:43 PM |
| **To:** | John Baxter |
| **Cc:** | Shane Ramsey; Woods Drinkwater |
| **Subject:** | RE: MPT Objection |

John- Why do you need an answer on this question by the end of the day today? The trustee has not instructed me to file an objection to the MPT claim and do not think she will but she doesn't have to make any final decisions about it at this time. I think I have stated in the past that she has no issue with anyone else who chooses to object to the MPT claim or others at this time. Thanks.

David

**David W. Houston IV**
*Partner*

**BURR & FORMAN LLP**

222 Second Avenue South, Suite 2000

Nashville, Tennessee 37201

direct 615-724-3215

mobile 615-268-4373

fax 615-724-3315

dhouston@burr.com

Web

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** John Baxter <john.baxter@nelsonmullins.com>
**Sent:** Monday, November 01, 2021 12:27 PM
**To:** Houston IV, David W. <dhouston@burr.com>
**Cc:** Shane Ramsey <shane.ramsey@nelsonmullins.com>; Woods Drinkwater <woods.drinkwater@nelsonmullins.com>
**Subject:** MPT Objection

**[EXTERNAL EMAIL]**

David,

Our understanding is that Trustee Lemeh does not intend to object to MPT's proof of claim in the Bucks County Case. Can you please confirm that this is accurate by the end of the day today? Thank you.

John



---

**JOHN T. BAXTER**  ASSOCIATE
john.baxter@nelsonmullins.com
ONE NASHVILLE PLACE | SUITE 1100
150 FOURTH AVENUE, NORTH | NASHVILLE, TN 37219
T 615.664.5323   F 615.664.5399
NELSONMULLINS.COM    VCARD   VIEW BIO

---

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.