IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BUCKS COUNTY ONCOPLASTIC | ) | Case No. 09-03570-MFH3-7 |
| INSTITUTE, LLC, | ) | |
| | ) | |
| | ) | |
|     Debtor. | ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS OBJECTION TO CLAIM NO. 13, FILED BY STAR PLUMBING, CLAIM NO. 18 FILED BY EXECUTIVE PROTECTIVE SERVICES LLC AND CLAIM NO. 52 FILED BY PHILADELPHIA HEALTH & EDUCATION CORP D/B/A DREXEL UNIVERSITY COLLEGE OF MEDICINE**

    This matter is before the Court upon the Trustee's Objection to Claim No. 13 filed by Star Plumbing, Claim No. 18 filed by Executive Protective Services LLC, and Claim No. 52 filed by Philadelphia Health & Education Corp. d/b/a Drexel University College of Medicine. It appearing to the Court that no objections have been filed to the Trustee's recommendations, and for other cause to the Court shown;

    **IT IS HEREBY ORDERED** that Claims Nos. 13, 18, and 52 hereby be and are DISALLOWED for the reasons stated below:

    Claim No. 13 should be disallowed because it was presented in a form that does not comply with applicable rules and the Objector is unable to determine the validity of the Claim because of the noncompliance (no documentation was attached).

Claim No. 18 should be disallowed because it was presented in a form that does not comply with applicable rules and the Objector is unable to determine the validity of the Claim because of the noncompliance (no documentation was attached).

Claim No. 52 should be disallowed because it was presented in a form that does not comply with applicable rules and the Objector is unable to determine the validity of the claim because of the noncompliance (no documentation was attached).

**IT IS FURTHER ORDERED** that this order shall be deemed a final determination as to the disallowance of Claim Nos. 13, 18, and 52.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ David W. Houston, IV*
David W. Houston, IV (BPR #20802)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
E-mail: dhouston@burr.com

*Attorney for the Trustee*