| Case No.: | 09-03570 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | | | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 05/06/2009 |
| | | | | Claims Bar Date: | 05/15/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PREFERENCES | $1,316,681.16 | $1,300,000.00 | | $144,500.00 | FA |
| 2 | BANK ACCTS | $12,443.97 | $49,350.54 | | $49,350.54 | FA |
| **Asset Notes:** | 7 bank accounts listed on original schedules (docket #3): <br> Bank of Tennessee - Cash/Operating Account - $0.00 <br> Bank of Tennessee - Cash/Escrow account - $0.00 <br> Wachovia - Cash/Operating account - $0.00 <br> SunTrust - Cash/Operating account - $5,859.54 <br> SunTrust - Cash/Operating account - $4,862.77 <br> Bank of Tennessee (DSI Hospitals Inc acct) - Cash- Bucks County Operating Account - $1,721.66 <br> Bank of Tennessee (DSI Hospitals Inc acct) - Cash- Bucks County Operating Account - $0.00 | | | | | |
| 3 | SECURITY DEPOSITS-lease and prepaid expenses | $156,668.95 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Included on original schedules (docket #3): <br> Lease Security Deposit, 1000 Urban Center Drive, Suite 501 - $106,250.00 <br> Prepaid expense: SenRX 3 year warranty tp prepaids as of 1/31/2009 - $3,511.18 <br> Prepaid expense: MagView Annual Software Support as of 1/31/2009 - $6,075.00 <br> Prepaid expense: Leica Equipment Service Agreement as of 1/31/2009 - $3,585.00 <br> Prepaid expense: Marsh-Lexington Ins Co - Bucks GL/PL and excess GL/PL as of 1/31/2009 - $22,527.00 <br> Prepaid expense: Marsh-Bucks Liability - Finance Charge as of 1/31/2009 - $338.87 <br> Prepaid expense: Marsh-Bucks Surplus Lines Tax on PL/GL as of 1/31/2009 - $679.97 <br> Prepaid expense: Marsh-Bucks PA Mcare Assessment Surcharge as of 1/31/2009 - $5,691.25 <br> Prepaid expense: Marsh-PLGL/Surplus Tax/PA Mcare for adding ER Physicians as of 1/31/2009 - $7,708.18 <br> Prepaid expense: AIG & Genworth Life Ins Co. - Dr. Dupree as of 1/31/2009 - $302.50 | | | | | |
| 4 | ACCT RECV (split with asset 5 to distinguish collectable a/r from non-collectable - these a/r secured by Siemens) | $1,422,675.50 | $0.00 | | $0.00 | FA |
| 5 | 4 ACCOUNTS RECV (most are secured by Siemans-see asset #4; re: 4 a/r recd 4.1.11 Siemens does not have a lien on these according to dsi who contacted Siemens.) | $3,633.55 | $3,633.55 | | $3,663.55 | FA |
| 6 | EQUIPMENT, FURNISHINGS | $651,209.00 | $0.00 | OA | $0.00 | FA |
| 7 | MACHINERY | $11,080,864.00 | $0.00 | OA | $0.00 | FA |
| 8 | INVENTORY | $388,801.01 | $0.00 | | $0.00 | FA |
| 9 | LEASEHOLD IMPROVEMENTS | $132,226.00 | $0.00 | | $0.00 | FA |

| Case No.: | 09-03570 | | Trustee Name: | Eva M. Lemeh |
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | | §341(a) Meeting Date: | 05/06/2009 |
| | | | Claims Bar Date: | 05/15/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Medical equipment and supplies | $0.00 | $90,875.00 | | $90,875.00 | FA |
| 11 | LIFE INS POLICY | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Claim for Fraudulent conveyance in Delaware DSI case-amount includes total unsecured claims, admin fees and expenses and interest to pay estate in full (u) | Unknown | $260,000,000.00 | | $27,449,161.54 | FA |
| Asset Notes: | DSI litigation settled via mediation for 52,000,000; amended claim in Delaware bankruptcy | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $11,963.54 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

$15,165,203.14     $261,443,859.09     $27,749,514.17     $0.00

**Major Activities affecting case closing:**

| 08/05/2022 | email from Schott at international sureities: |
|---|---|
| | Thank you for providing this information. We will gladly process the bond cancellation and there will be a refund due in the amount of $2,013.00. It generally takes the Surety around 90 days to process the refund and return the funds to us. Once we receive the refund, we will forward it on to you. |
| | will disburse refund and when checks cashed, then case will be ready for tdr |
| 02/13/2022 | objections settled; p young preparing motion for comp and settle and interim distribution to file once ecf is back on line-will pay all money out; sent claims anaylsis to young for interim distribution |
| 01/12/2022 | Delaware trustee requested w-9; filled out and submitted to Delaware trustee |
| 01/12/2022 | deposition moved to 01/19/22 |
| 12/01/2021 | deposition moved to 12/15; will move objection to the Pioneer claim to the mashburn mediation in January-eml |
| 11/23/2021 | review response atty houston prepared to file regarding objection to mpt claim filed by pioneer-eml |
| 11/06/2021 | work on response to pioneer's objection to mpt's claim |
| 11/05/2021 | spoke to p young re: review of siemens claim in july 2009- in june or july 2009, I asked p young to check with siemens counsel, larry edmondson, regarding the accts receivable asset the debtor listed in its b'cy petition in hopes the estate could bring money into the estate by obtaining a carve out for collecting said Accts receivables; this is a normal practice for me when i see a large accts rec and this one was 1.4+ million and the debtor listed in its petition that siemens had a lien on (that is why p young reviewed the siemens claim , which at that time was filed as a secured claim; the review was to check to see if siemens was perfected against the debtor's accts receivables); he concluded the review of the claim, contacted edmondson and spoke to him about giving the estate a carve out. As i recall siemens declined to allow us to pursue collection of the accts recs not sure if it ws becasue we asked for a carve out or because they were collecting them, so we did not pursue the matter any further (i have done this in numerous cases and most creditors allowed us to collect the accts rec and get a carve out of a certain percentage for our work )-eml |

| Case No.: | 09-03570 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | | | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 05/06/2009 |
| | | | | Claims Bar Date: | 05/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Note |
|---|---|
| 11/04/2021 | answered additional discovery questions from pioneer |
| 11/02/2021 | once objection deadline runs will file orders; waiting for dates for deposition-eml |
| 11/02/2021 | peter hughes depo was last thursday; p young's depo is this friday-eml |
| 10/01/2021 | emailed d houston to object to claims without docs-claims 13, 18 and 52; will prepare an omnibus objection and email to d houston-eml |
| 09/23/2021 | emails with d houston re: requesting docs we need for poc 49-3 to make sure all equipment liquidated and if not how much to reduce the claim by; will have conf call tomorrow at 11am-eml |
| 09/17/2021 | emailed atty houston-Pioneer claims 48 and 49 appear to be satisfactory since the leases were for equipment; they terminated the leases then sold the equipment; the claim shows the sales price and reduces the claim in that amount; the claim includes the balance due on each lease less price received for sale after termination of the lease along with penalties-eml |
| 09/16/2021 | attorney Houston researching if I allowed and paid under tfr if I am estoppel from objecting now to pioneer's claim (purchased from siemens); we believe pioneer sold leased equipment and did not amend its claim; if so, will object to pioneers claim-eml |
| 09/14/2021 | tcw patton hahn-answered my questions; review email from han; tcw atty houston; finalize motion for interim distribution send to atty houston to file-eml |
| 09/13/2021 | reviewed Pioneer's memo; emailed Patton Hahn for MPT responses; conf call with houston tomorrow to discuss; if MPT needs to reduce they will amend claim and if no other claims need to be objected to, I will file motion for interim distribution-eml |
| 09/10/2021 | picked up check from p young's office; deposited check; paid bond premium-eml |
| 09/10/2021 | will review claims and if no more to object to will finalize motion for interim distribution (spoke to d houston-he will review MPT claim and we will discuss on monday)-eml |
| 09/09/2021 | reviewed responses to interogs with atty houston-eml |
| 09/09/2021 | Trustee Lemeh's deposition by Pioneer set for 09/28/21-eml |
| 09/08/2021 | email from Delaware counsel that money will be overnighted tomorrow for friday delivery to p young's office (that is what is on the poc) and DSI claim in Bucks County will be withdrawn tomorrow-eml |
| 09/08/2021 | emailed Delaware trustee for ETA on check being delivered; emailed Delaware counsel for ETA on when DSI claim would be withdrawn-eml |
| 09/08/2021 | email from bank rep for eta on when check will be sent-eml |
| 09/02/2021 | reviewed D houston's motion to employ and he filed it; emailed him to see if he wants to review the motion for interim distribution and my answers to interogs right now or wait-eml |
| 09/02/2021 | emailed d houston drafts of my responses to pioneer's interogs and my motion for interim distribution-eml |
| 09/01/2021 | email from pinnacle-required to leave $2,000,000 in checking (best deal I could negotiate with bank to keep bank fees as low as i could; it is the best deal to make sure the bank does not bear the costs to collaterlize that large of a deposit) -eml |
| 09/01/2021 | worked on responses to interogs and motion for interim disbursement-eml |
| 08/31/2021 | worked on responses to interogs-eml |
| 08/27/2021 | The DE trustee has filed his objections, including the ones we asked him to file.-eml |
| 08/27/2021 | will hire counsel to assist me in case to get it to closing since pioneer objected to p young's fee; because of objection will not ask him to perform any further legal work until objection is resolved-eml |
| 08/27/2021 | since fee objection hearing has turned into a full blown evidentiary hearing and may not be resolved in 2021, once receive money form delaware trustee, will review claims and if none to object to will prepare and file a motion for an interim disbursement so i cna reduce the fees charged in this case since they will be 1,000's per month-eml |
| 08/25/2021 | working on interim distribution; spoke to t niarhos to let him know i would be filing it since bank fees will be thousands each month-eml |
| 08/19/2021 | hearing on objection to fees scheduled for tues 08/24/21-will be via zoom or continued so we can have evidentiary hearing-eml |
| 08/16/2021 | conf call with shane ramsey and p young re-objection to attys fees and mpt claim-eml |

| Case No.: | 09-03570 | | | Trustee Name: | Eva M. Lemeh |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | | | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 05/06/2009 |
| | | | | Claims Bar Date: | 05/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Note |
| --- | --- |
| 08/12/2021 | order was signed in delaware case today; we amended our claim in delaware case and mpt will withdraw its claim in the delaware case and amend it in this case-eml |
| 08/12/2021 | bond being overnighted; will pay premium once money comes into case-eml |
| 08/09/2021 | 08/17/21 -deadline for objection to fee app-eml |
| 08/09/2021 | 08/27/21-deadline to object to dissallowed claims-eml |
| 07/21/2021 | Five claims that were filed in delaware case and in this case have already received a partial distribution in our case (back in 2010). p young emailed delaware trustee's atty to request they object to those five as duplicates since they have already been allowed, and partially paid, in our case. He will discuss with the delaware trustee-it won't change the stipulation or the motion….it would just add to the number of claim objections that the delaware trustee, should he agree with trustee lemeh-eml |
| 07/21/2021 | P YOUNG WILL file a motion to disallow claims 13 and 60 as duplicates of claims filed and paid in the delaware case-eml |

| Case No.: | 09-03570 | Trustee Name: | Eva M. Lemeh |
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 05/06/2009 |
| | | Claims Bar Date: | 05/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/16/2021 — p young's analysis of amended MPT POC:

Eva,

I have now had an opportunity to review MPT's claim. I do not find anything objectionable about the claim. In this email, I will address each category of damages and the support for such damages.

1) Post-petition rent of $11,757,946.35. This would be MPT's rejection damages. Pursuant to 502(b)(6), a landlord's rejection damages are capped at the greater of (i) 1 year's rent or (ii) 15% of the remaining amount due under the lease, not to exceed 3 years rent. According to MPT's calculations, 1 year of rent would be $4,963,287.76; 3 years of rent would be $15,287,783.55; the entire lease balance would be $78,386,308.99; and 15% of the entire balance would be $11,757,946.35. Therefore, their claim for post-petition rent is properly calculated under 502(b)(6).

2) Pre-petition rent of $8,246,543.42. This amount just is what it is, and is not capped by 502(b)(6). This is appropriate.

3) Pre-petition penalties of $186,499.94. The lease gives them the right to assess late penalties, so this is appropriate.

4) Pre-petition expenses, costs and fees of $94,830.40. The lease gives them the right to recover these costs. While post-petition expenses and costs would not be allowable, pre-petition costs and expenses are appropriate.

5) Notes of $770,000.00. There were several promissory notes between MPT and Bucks County. Those are separate from the lease and, therefore, the damages are not capped by 502(b)(6). There appear to be balances remaining, so this seems an appropriate damage.

6) Additional development payments of $4,057,883.00. Separate from the lease, there was a funding agreement between the parties. My understanding is that, if Bucks County had been current on its obligations, this would have been amortized. Because they were in default from the beginning, the funding agreement gave them the right to call this immediately due and owing. Therefore, I think this is appropriate.

7) Construction period rent balance remaining of $4,878,231.12. This could really be considered additional pre-petition rent. The lease between the parties required Bucks County to pay some reduced rent while the building was being constructed. If there was no default, the construction period rent was also going to be amortized across the life of the lease. However, because a default occurred pre-petition, this amount was declared due and owing. So this, like the pre-petition rent, is part of MPT's damages.

One more issue….I've been told that MPT may have later sold this property. Under Delaware law, I do not think the tenant is entitled to a reduction for the sale of the property….I think the entire claim its still owing, under state law.

07/09/2021 — p young forwarded delaware trustee's stipulations; reviewed and emailed p young it looked good to me; p young made a few comments and emailed them to the delaware trustee; once filed and the order approving them is signed attys will file fee apps -eml

06/24/2021 — tcw delaware DSI trustee and counsel re mpt withdrawing claim in dsi delaware case, dsi withdrawing claim in this case, we subrodinate claim in delaware case and delware trustee pay duplicate claims in his case and we disallow in this case-eml

06/24/2021 — p young will file objections to duplicate claims; trustee in delaware will pay so they do not get paid twice-eml

SUBTOTALS    $0.00    $0.00

| Case No.: | 09-03570 | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 05/06/2009 |
| | | Claims Bar Date: | 05/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Note |
|---|---|
| 06/24/2021 | update from p young-As soon as the DE Trustee says they are on board, we need to reach out to MPT and try to resolve their claim amount. Then, once they file the motion to approve the deal, we can file objections to all duplicate claims and file fee apps, so that all of those notice periods are running contemporaneous to the DE motion. If all goes right, we can have fee orders down and claim orders down by the time you get the funds…or very shortly thereafter….so you can start writing checks-eml |
| 05/03/2021 | update from p young: The order got entered approving the settlement in the DSI Delaware case-eml |
| 04/08/2021 | DSI case settled for 52million; p young will prepare motion to allow claims and attach order in DSI case; then file fee app I will file fee app; once money sent case will be ready for tfr-eml |
| 04/08/2021 | requested bill of costs-eml |
| 03/08/2021 | mediation scheduled for 04-06 and 04-7 |
| 02/02/2021 | Update from Phillip Young: Status-Claim filed in DE; Last MSJ argued in the DE Bkcy case; Action Item-Awaiting trial schedule |
| 01/15/2021 | p young update-nothing new |
| 12/31/2020 | discuss with Phillip if we apply simple or compound interest-pyoung will research it for Tennessee-eml |
| 12/08/2020 | Update from Phillip Young: Status-Claim filed in DE; Last MSJ argued in the DE Bkcy case; Action Item-Last MSJ order just came out; awaiting trial schedule |
| 11/10/2020 | Update from Phillip Young: Status-Claim filed in DE; Last MSJ argued in the DE Bkcy case; Action Item-Last MSJ order just came out; awaiting trial schedule-nothing new |
| 10/28/2020 | Update from Phillip Young. Status: Claim filed in DE; Last MSJ argued in the DE Bkcy case. Action Item: Per DE trustee, case will be scheduled for trial as soon as last MSJ order is entered (maybe by Dec) |
| 07/04/2020 | Update from Phillip Young: Status-Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item-Continue monitoring Delaware case |
| 04/05/2020 | Update from Phillip Young: Status-Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item-Continue monitoring Delaware case; fee app pending |
| 02/23/2020 | reviewing pleadings and responses to prepare for hearing on objection to debtor's claim in Delaware DSI case scheduled for 10 am Tuesday 02/25/20; p young attending hearing in Delaware-eml |
| 12/18/2019 | conference call with attys young and hughes re: amending poc in dsi Delaware bcy case and prearing response to objection to bucks county poc-eml |
| 12/12/2019 | an objection filed to the estate's claim filed in Delaware case; p young and trustee looking for local counsel; have spoken to a creditor who suggested financing costs but response is due 01/09/2020 and we have to employ atty in this case so they can be local counsel in Delaware matter on behalf of estate; working on fee arrangement so can file motion to employ Delaware counsel and amend p young motion so both attys are paid the same since working together thye will keep hours etc-eml |
| 12/09/2019 | claim in Delaware case objected to; p young and I spoke to potential counsel; will hire local counsel to represent estate in Delaware claim objection |
| 11/11/2019 | Phillip Young update: Status-Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item-Continue monitoring Delaware case (status conferences being held) |
| 09/14/2019 | Update from Phillip Young: Status- Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item-Continue monitoring Delaware case (status conferences being held) |
| 08/17/2019 | P. Young update - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Continue monitoring Delaware case |
| 07/03/2019 | Phillip Young update: Status - Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item - Continue monitoring Delaware case |
| 05/13/2019 | Update from Phillip Young: Status-Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item-Awaiting claim objection |
| 04/16/2019 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Awaiting claim objection |
| 03/09/2019 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Awaiting claim objection |

| | SUBTOTALS | $0.00 | $0.00 |
|---|---|---|---|

| Case No.: | 09-03570 | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 05/06/2009 |
| | | Claims Bar Date: | 05/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Note |
|---|---|
| 02/04/2019 | Update from Phillip Young: Status-Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item-Awaiting claim objection |
| 10/10/2018 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Awaiting claim objection |
| 09/03/2018 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Awaiting claim objection |
| 08/14/2018 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Depositions scheduled for August; awaiting claim objection |
| 06/05/2018 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Depositions scheduled for August; awaiting claim objection |
| 05/02/2018 | Phillip Young update-Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Depositions being scheduled; awaiting claim objection |
| 02/27/2018 | Update from Phillip Young: Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action-Item: Subpoena responses due in March; awaiting claim objection |
| 11/10/2017 | Update from Phillip Young: Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Nothing further at this time; awaiting claim objection |
| 10/12/2017 | Update from Phillip Young. Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Nothing further at this time; awaiting claim objection |
| 08/08/2017 | Delaware case survived summary judgment; P Young has spoken to atty and trustee for Delaware case; looking to get settlement offers-eml |
| 08/08/2017 | tcw 856 767 3000 Alfred Giuliano -returning call-eml |
| 06/02/2017 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action: Nothing further at this time; awaiting claim objection |
| 12/07/2016 | Update from Phillip Young: Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action: Nothing further at this time; awaiting claim objection |
| 09/06/2016 | Update from Phillip Young: Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action: Nothing further at this time; awaiting claim objection |
| 07/06/2016 | Phillip Young update: Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action: Nothing further at this time; awaiting claim objection |
| 06/07/2016 | Phillip Young update; Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Nothing further at this time; awaiting claim objection |
| 05/02/2016 | Update from Phillip Young - Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356) Action Item: Nothing further at this time; awaiting claim objection |
| 03/29/2016 | Update from Phillip Young: Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action: Nothing further at this time; awaiting claim objection |
| 03/01/2016 | Phillip Young update: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Action Item: Nothing further at this time; awaiting claim objection |
| 02/03/2016 | Phillip Young update: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 11/01/2015 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 09/25/2015 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 08/24/2015 | Update from Phillip Young: Status: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356) Action Item: Nothing further at this time; awaiting claim objection |
| 07/10/2015 | Phillip Young Update: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 06/09/2015 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356) -- Nothing further at this time; awaiting claim objection |
| 05/03/2015 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356). Nothing further at this time; awaiting claim objection |
| 04/08/2015 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 03/09/2015 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |

SUBTOTALS $0.00 $0.00

| Case No.: | 09-03570 | | | | Trustee Name: | Eva M. Lemeh |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | | | | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | | | | §341(a) Meeting Date: | 05/06/2009 |
| | | | | | Claims Bar Date: | 05/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Note |
| --- | --- |
| 02/03/2015 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 11/28/2014 | Update from Phillip Young: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 11/03/2014 | Phillip Young update: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 10/13/2014 | Update from Phillip Young. Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356) Nothing further at this time; awaiting claim objection |
| 09/10/2014 | Phillip Young update: Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 07/31/2014 | Update from Phillip Young Claim filed in DE; litigation transferred to DE BK Court in May (Case no. 14-50356); Nothing further at this time; awaiting claim objection |
| 07/06/2014 | Update from Phillip Young: Status=Claim filed in DE. Action= Nothing further at this time; awaiting claim objection |
| 06/08/2014 | Update from Phillip Young: Status: Claim filed in DE. Action Item: Nothing further at this time; awaiting claim objection -dp. |
| 05/05/2014 | Update from Phillip Young. Status: Claim filed in DE. Action Item: Nothing further at this time; awaiting claim objection -dp. |
| 04/04/2014 | Update from Phillip Young: $151 MM Claim filed in DE    Nothing further at this time; awaiting claim objection & outcome of PA litigation -dp. |
| 01/12/2014 | pyoung update: $151 MM Claim filed in DE. Nothing further at this time; awaiting claim objection & outcome of PA litigation |
| 09/11/2013 | proof of claim filed in delaware b'cy case; now wait for success in case then will disburse funds-eml |
| 09/09/2013 | Update from Phillip Young: Claim filed in DE; File amended claim |
| 02/07/2013 | 2/7/2013 Order entered to reopen case. Previous case status: TDR 5/8/2012. -dp. |
| 01/11/2013 | UST filed motion to reopen -dp. |
| 05/14/2012 | check for zero bal and TDR |
| 04/11/2012 | Draft unclaimed funds report to Eva for review -dp.<br>Filed unclaimed funds for claims 5, 54, 55, $172.41 total -dp. |
| 12/28/2011 | Filed 3010-undistributed funds -dp |
| 11/07/2011 | wellpath and shusterman filed objection and did not file poc; stated in objection i told them wjat to do but they did not do it so cannot resolve without a hearing-asking for attys fees, so no agreed order; continued hearing until 1/20/11-eml |
| 08/12/2011 | tfr submitted to ust 08/1/11 (TFR done by EL) |
| 07/28/2011 | Filed orders to pay accountant and atty lemeh -dp. |
| 07/06/2011 | Filed motions to pay Accountant and Attorney -dp. |
| 10/10/2010 | agent val col 3; equip sold during chpt 11; paid creditor vactron per order authorizing payment dated 12/17/09 |
| 08/27/2010 | There remain two unresolved preference actions. We should be setting trial dates at a pretrial conference today. I anticipate that we will need to serve some discovery before proceeding to trial. We have a decent settlement offer from one defendant but the other defendant claims insolvency. We could resolve these prior to trial, but I am preparing to go forward. I suspect the judge will set these for trial late in the year. - P. Young. |
| 08/25/2010 | Tax Returns (2008 & 2009) received, put in docs & sent to Larry Williams -dp. |
| 08/23/2010 | 8/23/10 sent email to atty for 2008 and 2009 tax returns (for Larry Williams) |
| 08/01/2010 | Report of sale filed 7/7/10.<br>Filed order to employ Larry Williams 7/19/10. -dp |

| Case No.: | 09-03570 | | Trustee Name: | Eva M. Lemeh |
| Case Name: | BUCKS COUNTY ONCOPLASTIC INSTITUTE | | Date Filed (f) or Converted (c): | 03/30/2009 (f) |
| For the Period Ending: | 09/30/2022 | | §341(a) Meeting Date: | 05/06/2009 |
| | | | Claims Bar Date: | 05/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/22/2010  04/11/10-young settled all but 1 preference/fraud conv case-big one against dr. schuster-paid over 100,000; trying to settle for 90,000 but she is at 20,000; looks like we will have to sue; waiting for auction to close-eml 04/11/10

4.22.09 employed Phillip Young as atty for trustee; preferences; young pursuing collection of preferencs

11/03/09 vmail and email to debtor's atty-tail insurance policy

Initial Projected Date Of Final Report (TFR): 05/30/2010      Current Projected Date Of Final Report (TFR): 12/31/2022      /s/ EVA M. LEMEH
                                                                                                                             EVA M. LEMEH